# IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:14 CV 157

| | |
|---|---|
| LLOYD OLIVER HOFFMAN, JR., as ) | |
| Executor of the ESTATE OF LLOYD OLIVER ) | |
| HOFFMAN, III, ) | |
| ) | |
|     Plaintiff ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| ALAN WAYNE VAN WIEREN, ) | |
| ) | |
|     Defendant. ) | |

**THIS MATTER** is before the undersigned pursuant to a Notice of Failure to Select Mediator (#13) filed by counsel for the Plaintiff. In the notice, the parties state that they have failed to agree upon the selection of a mediator in this matter and request that the Court designate a mediator in this case. The undersigned designates:

    Frank Goldsmith
    Goldsmith, Goldsmith & Dews, P.A.
    57 South Main Street
    Marion, NC  28752
    Tel:  (828) 652-3000
    Email:  frank@goldsmithdews.com

as mediator in this matter.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Notice of Failure to Select Mediator (|#13) has been received by the Court and the Court selects **Frank Goldsmith** as **mediator** in this matter. The Clerk is directed to send a copy of this Order to Mr. Goldsmith by first class mail.

Signed: December 3, 2014

Dennis L. Howell
United States Magistrate Judge